968 A.2d 1188

STATE OF NEW JERSEY, PLAINTIFF, v. TERENCE MCCABE, DEFENDANT–MOVANT.

March 19, 2009.

ORDERED that the motion for leave to appeal is granted.